NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LYNN NOVITSKY,**
*Petitioner,*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2011-3023

---

Petition for review of an arbitrator's decision in FMCS case no. 09-53595 by Charles H. Pernal, Jr.

---

## ON MOTION

---

## ORDER

Lynn Novitsky moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 0 3 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Lynn Novitsky
Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 03 2010

JAN HORBALY
CLERK